IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SILMA BARBOT SOSA
RAFAEL ALFREDO FERRER MONTALVO
DEBTOR(S)

CASE NO. 25-02608-MAG
CHAPTER 13

# TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ 44,347.09; PV $51,442.63

3. The general unsecured pool is :$ 0.00

---

AMENDED PLAN DATE: August 11, 2026 PLAN BASE: $54,154.00

---

TRUSTEE'S REPORT ON CONFIRMATION DATED: 8/20/2026

[ ] FAVORABLE [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**a) Debtors must provide evidence of consent of heirs regarding the sale of the two inheritance properties for feasibility purposes, since if there is no consent of all heirs, a remedy would have to be sought with the state court in order to liquidate the community property. Therefore, a proposal of a lump sum in the last month of the plan could not be feasible, and should be proposed earlier in the payment schedule. b) In month 13 of the plan, the debtor proposed an increase in the payment from $446 to $525; however, he continued to make payments 13 and 14 for an amount of $446. Therefore, the debtor owed the trustee the amount of $158 corresponding to months 13 and 14.**

**2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**Plan does not comply with best interest of creditors' test since it does not distribute the liquidation value at its present value proposed in Plan to non-priority unsecured creditors. The disbursement to said creditors is up to $45,520.00.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Ana Deseda-Belaval
Ana Deseda-Belaval
USDC #307710

Atty: NYDIA GONZALEZ ORTIZ*

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR